No. 11–8351. CASTLEBERRY *v.* ACE AMERICAN INSURANCE/ ESIS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 11–8361. SIMS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–8370. MORALES *v.* LEWIS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8381. PINKARD *v.* JOHN DALY BOULEVARD ASSOCIATES. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–8392. GUZMAN SALCEDO *v.* OLLISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8397. WALLACE *v.* HILL, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8404. KOUROUMA *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11–8411. CARTER *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–8434. MCGUIRE *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 11–8438. SHORTT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–8439. BAYAS *v.* TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 11–8451. BECKER *v.* CLERMONT COUNTY PROSECUTOR. C. A. 6th Cir. Certiorari denied.

No. 11–8456. OKE *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 11–8458. LOTTER *v.* HOUSTON, WARDEN. C. A. 8th Cir. Certiorari denied.